IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRIN W. SHATNER, #B-42950,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 13-cv-00705-JPG |
| | ) |
| **DUNN, McDONNOUNH, ANDERSON,** | ) |
| **MIKE ATCHISON, and HARRINGTON,** | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On July 18, 2013, this case was severed from *Shatner v. Atchison, et al.*, No. 13-cv-0599-JPG-PMF, and Plaintiff was ordered to either pay the filing fee for this case or inform the Court that he wished to dismiss the action, no later than August 16, 2013 (Doc. 1). Plaintiff filed a motion to withdraw severed claim, seeking voluntary dismissal of this case, on July 30, 2013 (Doc. 11). The motion is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**. See FED. R. CIV. P. 41(a)(1)(A)(i). As specified in the severance order in this matter, Plaintiff shall not be assessed any filing fee for this action.

**IT IS SO ORDERED.**

DATED:  August 22, 2013

**s/ J. PHIL GILBERT**
**U.S. District Judge**
